DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABENA MORLE,**
Appellant,

v.

**US BANK NATIONAL ASSOCIATION,**
Appellee.

No. 4D2024-3223

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary M. Farmer, Jr., Judge; L.T. Case No. CACE23-012358.

Abena Morle, Fort Lauderdale, pro se.

Marissa I. Delinks of Hinshaw & Culbertson LLP, Boston, Massachusetts, and Sarah Hafeez of Hinshaw & Culbertson LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***